People of State of Illinois, Defendant in Error, v. Kenneth Hopper, alias "Red" Hopper, Plaintiff in Error.

Gen. No. 9,516.

opinion filed February 24, 1947; rehearing denied May 6, 1947; released for publication May 7, 1947. Alton B. Cofer, for plaintiff in error; W. K. Kidwell, State's Attorney of Coles county, for defendant in error; Hugh Harwood, Assistant State's Attorney of Coles county, of counsel. Opinion by JUSTICE WHEAT. Not to be published in full.

Arintha Hellrung, Appellant, v. John J. Hellrung, Appellee.

Gen. No. 9,533.

opinion filed February 24, 1947; rehearing denied May 6, 1947; released for publication May 7, 1947. J. D. Wilson and Kinder & Dey, for appellant; DuHadway & Suddes and Omer Poos, for appellee. Opinion by JUSTICE WHEAT. Not to be published in full.